

# Murray County Sheriff's Office

## CASE REPORT

810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# **2017-00038915**

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 10/26/2017 18:34 | **Trespass** | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 10/26/2017 18:34 | 10/26/2017 19:52 | **338 Ramsey RD CHATSWORTH, GA** |

### OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **40-6-251(a)** **Laying Drag or Reckless Conduct w/ Auto** | 1 | Commit |
| 02 | **40-6-390(a)** **Reckless Driving** | 1 | Commit |
| 03 | **40-6-395(B)(5)(A)** **Fleeing or Attempting to Elude a Police Officer for a Felony Offense** | 1 | Commit |
| 04 | **16-7-21** **Criminal Trespass** | 1 | Commit |
| 05 | **16-7-22 Damage 1st Private** **Criminal Damage to Property 1st (Private Property)** | 1 | Commit |
| 06 | **16-10-24(b)** **Willful Obstruction of Law Enforcement Officers-Felony** | 8 | Commit |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Victim** | **Saylor, James Christopher** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 10/01/1979 | 38 | **367 RAMSEY RD CHATSWORTH, GA 30705** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| **White** | | **Male** | **5'11** | **235** | **Bald** | | **Hazel** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | | PHONE #3 | |
| 052928922 / GA | | (706)971-4250 | | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Complainant** | **Saylor, Kristen Lougunia** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 08/27/1980 | 37 | **367 RAMSEY RD CHATSWORTH, GA** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| **White** | | **Female** | **5'05** | **190** | **Brown** | | **Brown** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | | PHONE #3 | |
| 048297303 / GA | | (706)971-4250 | | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Juvenile** | **Witness** | ▓▓▓▓▓▓▓▓▓ | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| ▓▓▓▓ | ▓▓ | ▓▓▓▓▓▓▓▓▓ | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| ▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | | PHONE #3 | |
| ▓▓▓ | | (▓▓▓ | | | | | |

Blumberg No. 5199 — PLAINTIFF'S EXHIBIT 18(a)

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **17 West** | 10/26/2017 | Newport, Jeffery | 10/27/2017 |



## Murray County Sheriff's Office
### CASE REPORT
810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# **2017-00038915**

| ADDITIONAL SUBJECTS |
|---|

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Suspect** | **Hensley, Willard Todd** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| **01/28/1961** | **56** | **391 Ramsey RD Chatsworth, GA 30705** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| **White** | | **Male** | **6'0** | **175** | **Brown** | | **Blue** |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| **012534750 / GA** | | | | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Witness** | **Webb, David Joshua** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| **01/14/1993** | **24** | **338 RAMSEY RD CHATSWORTH, GA** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| **White** | | **Male** | **5'05** | **130** | **Brown** | | **Hazel** |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| **055367008 / GA** | | **(706)618-8896** | | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Reporting Person** | **West, LaDon** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | **(706)695-4592** | | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Other** | **Amos, Brandon** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | **(706)695-4592** | | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Other** | **Newport, Jeffery** ▓▓▓▓▓ | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 300705** | | | ▓▓▓ | ▓▓▓▓▓ | |
| RACE ▓▓▓ ▓▓▓ | | SEX ▓▓▓ | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE ▓▓▓ |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 ▓▓▓ | | PHONE #3 ▓▓▓ | |
| | | **(706)695-4592** | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **17 West** | **10/26/2017** | **Newport, Jeffery** | **10/27/2017** |



# Murray County Sheriff's Office

**CASE REPORT**

810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# **2017-00038915**

## ADDITIONAL SUBJECTS

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Amos, Levi** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(706)695-4592** | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Barnett, Randy** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(706)695-4592** | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Vannoy, Justin** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(706)695-4592** | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Biggerstaff, Dennis** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(706)695-4592** | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Silvers, Elizibeth** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **810 1/2 GI Maddox PKWY Chatsworth, GA 30705** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(706)695-4592** | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **17 West** | **10/26/2017** | **Newport, Jeffery** | **10/27/2017** |



## Murray County Sheriff's Office

### CASE REPORT

810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# **2017-00038915**

## VEHICLES as INVOLVED

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | | |
|---|---|---|---|---|---|
| **Suspect Vehicle** | | | | | |

| VEH YR | TYPE/MAKE/MODEL | | | STYLE | |
|---|---|---|---|---|---|
| **2004** | **Ford** | **F-150** | | **Pickup Truck** | |

| PLATE / STATE | VIN | | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|---|
| **BRF3636 / GA** | | | **White** | **White** |

ADDITIONAL DESCRIPTIVE INFORMATION

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| VEH YR | TYPE/MAKE/MODEL | | | STYLE | |
|---|---|---|---|---|---|
| | | | | | |

| PLATE / STATE | VIN | | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|---|
| | | | | |

ADDITIONAL DESCRIPTIVE INFORMATION

## VEHICLES as PROPERTY

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |

| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
|---|---|---|---|---|
| | | | | |

| PLATE / STATE | VIN | | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|---|
| | | | | |

ADDITIONAL DESCRIPTIVE INFORMATION

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |

| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
|---|---|---|---|---|
| | | | | |

| PLATE / STATE | VIN | | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|---|
| | | | | |

ADDITIONAL DESCRIPTIVE INFORMATION

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| | | | | |

| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
|---|---|---|---|---|
| | | | | |

| PLATE / STATE | VIN | | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|---|
| | | | | |

ADDITIONAL DESCRIPTIVE INFORMATION

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **17 West** | **10/26/2017** | **Newport, Jeffery** | **10/27/2017** |



## Murray County Sheriff's Office
### CASE REPORT
810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# 2017-00038915

### NARRATIVE

On the above date, myself, Sgt. Amos and Cpl. Newport responded to 367 Ramsey Rd. in reference to a male subject that came onto the complainants property and when he left he was spinning tires in front of the residence. When I arrived, the vehicle, a white in color 2004 Ford F150 was sitting in front of the residence in the roadway. As I approached the vehicle in my patrol car, I advised dispatch that I was out with the vehicle and gave the tag number Ga. BRF3636 to dispatch. The vehicle then started to drive off. I then began to follow the vehicle and it started to go faster so I activated my blue lights but the vehicle did not stop so I also activated my siren and the vehicle sped off at a high rate of speed. I then advised dispatch that I was in a chase with the vehicle. The vehicle continued at a high rate of speed and turned onto a driveway at the end of the road. The truck continued at a high rate of speed on the driveway before striking another pickup truck that was parked in the driveway and disabling his vehicle. I then exited my patrol vehicle with my duty weapon drawn and gave verbal commands for the driver, later identified as a Mr. Willard Hensley, to exit the vehicle. Mr. Hensley refused to exit the vehicle and shouted at me and flipped me off several times. Mr. Hensley was also revving the engine and several times put the truck in reverse and tried to back up but was unable to. Shortly there after Sgt. Amos and Cpl. Newport arrived. Sgt. Amos went to the drivers side of the vehicle with his taser drawn and Cpl. Newport went to the passenger side with his weapon drawn. Cpl. Newport banged on the passenger window and opened the door and got Mr. Hensley's attention and gave commands for him to exit the vehicle but he still refused. At that time Sgt. Amos deployed his taser and struck Mr. Hensley causing him to fall over into the floorboard of the truck. At that time myself and Cpl. Newport grabbed Mr. Hensley with the help of Mr. Webb, a off duty Pickens County Sheriff's Deputy and removed him from the vehicle and placed him on the ground and attempted to place hand cuffs on him. After a short struggle and a contact tase from Sgt. Amos, we were able to get Mr. Hensley hand cuffed. Mr. Hensley was then placed into Sgt. Amos vehicle and transported to the jail. I then spoke with Mr. Webb who stated that while doing yard work he heard a vehicle squealing tires at the end of his driveway and someone yelling for someone to leave and stating " I don't know you, leave" from across the street. Mr. Webb stated that he went toward the neighbors house and made contact with them through the wood line and let them know he was an off duty deputy. Mr. Webb stated that he saw a male in a white Ford F150 revving his engine and rolling forward and back toward their front porch. Mr. Webb stated that the male then backed into the middle of the road and began doing the same thing until I arrived. I then went to 367 Ramsey Rd. to speak with the other party, a Mr. James Saylor and a M████████████████ who stated that the white Ford F150 with Mr. Hensley pulled up in their driveway to the front of their truck and Mr. Hensley got out and

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 17 West | 10/26/2017 | Newport, Jeffery | 10/27/2017 |



## Murray County Sheriff's Office

**CASE REPORT**

810 Gi Maddox Parkway
Chatsworth, GA 30705

CASE# **2017-00038915**

---

### NARRATIVE (continuation)

went to the back of their truck and started going through their garbage. Mr. Saylor stated that he then went out on his front porch with his rifle and confronted Mr. Hensley and asked what he was doing. Mr. Saylor stated that Mr. Hensley told him that he was going through their garbage. Mr. Saylor stated that when Mr. Webb came over he told Mr. Hensley to leave and he got back in his truck and back halfway down the driveway and stopped facing the front porch and revved up his motor before backing into the road. All parties filled out written statement and they will be entered into evidence.

While at the jail and being showered, Mr. Hensley did not want to comply with the jail staff and got into a physical altercation with the jail staff and was tased several more times before being restrained. (See jail report)



| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 17 West | 10/26/2017 | Newport, Jeffery | 10/27/2017 |